Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Krysa Scully (NV Bar No. 16751)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIETH MATEUS MUNOZ; DAVID RAMIREZ TORRES;<br><br>    Plaintiffs,<br><br>v.<br><br>MIROSLAW KLECZKOWSKI; SKY DIVE LOGISTICS INC.; ALLAN CABALLERO ENAMORADO; JOSE MENDOZA; DOE DRIVER I-X; DOE OWNER I-X; ROE EMPLOYER I-X; ROE COMPANY I-X;<br><br>    Defendants.<br><br>And all consolidated claims. | Case No.: 2:25-cv-01831-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES NOS. 2, 4, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 21, and 22 [ECF NO. 14]**<br><br>**(First Request)** |

COME NOW the parties appearing in the above-captioned action, by and through their respective undersigned counsel of record, and hereby stipulate and agree to extend the date for Plaintiffs JULIETH MATEUS MUNOZ and DAVID RAMIREZ TORRES to file their reply in support of their Motion to Strike Affirmative Defenses Nos. 2, 3, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 21, and 22 [ECF No. 14]. Plaintiff's counsel is currently in a state district court jury trial, and the other parties in this matter have graciously agreed to extend the deadline as a professional courtesy. The current deadline is November 5, 2025, and the parties hereby stipulate to extend the deadline to November 12, 2025.

All parties appearing in the action are represented in the instant stipulation.

IT IS SO STIPULATED by:

_/s/ Christopher Beckstrom_____
Christopher Beckstrom (NV Bar No. 14031)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorney for Plaintiffs Julieth Mateus Munoz and David Ramirez Torres*

_/s/ Baylie Hellman (with permission)_____
Baylie A. Hellman, Esq.
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants Sky Dive Logistics, Inc. and Miroslaw Kleczkowski*

_/s/ Pengxiang Tian (with permission)___
Pengxiang Tian, Esq.
PT Law
2820 South Jones Boulevard, Unit 1
Las Vegas, Nevada 89146
*Attorney for Plaintiffs Allan Caballero Enamorado, Sonia Caballero Enamorado, Eli Caballero Enamorado, Miguel Ochoa, and Erika Jimenez-Garcia*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED**: November 5, 2025.

— 2 —