ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Facsimile)
rphillips@psalaw.net
tkuhls@psalaw.net
bhellman@psalaw.net

*Attorneys for Defendants*
*Miroslaw Kleczkowski. &*
*Sky Dive Logistics, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JULIETH MATEUS MUNOZ; DAVID RAMIREZ TORRES;<br><br>           Plaintiffs,<br><br>v.<br><br>MIROSLAW KLECZKOWSKI; SKY DIVE LOGISTICS, INC.; TRANSPORT ENTERPRISE LEASING, LLC; ALLAN CABALLERO ENAMORADO; JOSE MENDOZA; DOE DRIVER I-X; DOE OWNER I-X; ROE EMPLOYER I-X; ROE COMPANY I-X;<br><br>           Defendants.<br><br>_____<br><br>ALLAN I. CABALLERO ENAMORADO, an individual; SONIA Y. CABALLERO VEGAS, an individual; and ELI N. CABALLERO ENAMORADO, an individual; MIGUEL A. OCHOA, an individual; and ERIKA JIMENEZ-GARCIA, an individual,<br><br>           Plaintiffs, | Case No.: 2:25-cv-01831-RFB-EJY<br><br>**<u>STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES</u>**<br><br>**<u>[SECOND REQUEST]</u>** |

v.

MIROSLAW KLECZKOWSKI, an individual; SKY DIVE LOGISTICS INC., a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive;

Defendants.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES [SECOND REQUEST]**

COME NOW, Defendants, MIROSLAW KLECZKOWSKI and SKY DIVE LOGISTICS, INC. (collectively "Defendants"), by and through their counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and the remaining Plaintiffs, ALLAN I. CABALLERO ENAMORADO, SONIA Y. CABALLERO VEGAS, ELI N. CABALLERO ENAMORADO, MIGUEL A. OCHOA and ERIKA JIMENEZ-GARCIA (collectively the "Caballero Plaintiffs"), by and through their counsel of record, PT LAW, and hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of ninety (90) days for the reasons explained herein.

Pursuant to the Local Rule IA 6-1(b), the parties hereby aver that this is the second such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE**

JULIETH MATEUS-MUNOZ and DAVID RAMIREZ TORRES (the "Munoz Plaintiffs") filed their operative Complaint on March 17, 2025 in the Eighth Judicial District Court, County of Clark, State of Nevada. The Munoz Plaintiffs served Defendants Sky Dive and Kleczkowski separately with a copy of the Summons and Complaint on March 27, 2025. Defendant Sky Dive filed an Answer to the Munoz Plaintiffs' Complaint on April 17, 2025. Defendant Kleczkowski filed an Answer to Plaintiff's Complaint on April 22, 2025.

In a separate action, The Caballero Plaintiffs filed their operative Complaint on April 22, 2025. The Caballero Plaintiffs served Defendant Sky Dive on May 9, 2025. The Caballero Plaintiffs served Defendant Kleczkowski on April 28, 2025. Defendants jointly filed an Answer on May 12, 2025. These two cases were consolidated in state court by Stipulation and Order on May 21, 2025.

Following the voluntary dismissal of all non-resident Nevada defendants in State Court, Defendants removed the matter to this venue on September 29, 2025. The parties held their FRCP 26(f) conference on July 29, 2025. The parties then filed and this Court granted the original Discovery Plan and Scheduling Order on October 14, 2025. [ECF 12.] After serving and responding to initial sets of written discovery, Defendants and the Munoz Plaintiffs entered into settlement discussions. The Caballero Plaintiffs needed additional time to respond to Defendants written discovery, thus leading to slight delays in terms of Defendants subpoenaing pre-and-post-incident medical records, along with ascertaining the scope of the Caballero Plaintiffs' claimed damages. As such, the parties submitted and this Court granted the First Stipulation and Order to Extend Discovery Deadlines on January 12, 2026. [ECF 22.]

Since then, Defendants and the Munoz Plaintiffs reached a settlement. The Munoz Plaintiffs' claims were formally dismissed on January 26, 2026. [ECF 27.] Further, Defendants and Plaintiffs MIGUEL A. OCHOA and ERIKA JIMENEZ-GARCIA have entered into settlement discussions. Last, Defendants took the depositions of Plaintiffs ALLAN I. CABALLERO ENAMORADO, SONIA Y. CABALLERO VEGAS, ELI N. CABALLERO ENAMORADO. It is clear after their respective depositions that all three defendants are claiming significant future damages estimates. As such, Defendants have reserved the right to take and requested availability for each to under Rule 35 examinations. A comprehensive list of all discovery performed to date is as follows:

- The parties have served their respective FRCP 26(a) disclosures;
  - Plaintiffs Munoz and Torres served their initial FRCP 26(a) disclosure statement on May 23, 2025;
  - Plaintiffs Allan Caballero, Sonia Caballero, Eli Caballero, Ochoa, and Jimenez served their initial FRCP 26(a) disclosure statement on
  - Defendants served their initial FRCP 26(a) disclosure statement on June 25, 2025.
  - Plaintiffs Allan Caballero, Sonia Caballero, Eli Caballero, Ochoa, and Jimenez served their First Supplemental FRCP 26(a) disclosure statement on November 14, 2025;
  - Defendants served their First Supplemental FRCP 26(a) disclosure statement on January 26, 2026;

- o Defendants served their Second Supplemental FRCP 26(a) disclosure statement on March 20, 2026.
- Plaintiff has provided Defendants with provider specific authorizations. Defendants have served subpoenas for Plaintiff's complete pre-and-post-incident medical records;
- Plaintiff has served a subpoena for post-incident medical records;
- Plaintiffs Munoz served Defendant Sky Dive with an initial set of requests for production of documents on October 15, 2025;
- Plaintiffs Munoz served Defendant Kleczkowski with an initial set of interrogatories on October 15, 2025;
- Defendant Sky Dive served Plaintiff Munoz with an initial set of requests for production of documents, requests for admission, and interrogatories on October 21, 2025;
- Defendant Sky Dive served Plaintiff Torres with an initial set of requests for production of documents, request for admission, and interrogatories on October 21, 2025;
- Defendant Sky Dive served Plaintiff Allan Caballero with an initial set of requests for production of documents, requests for admission and interrogatories on October 21, 2025;
- Defendant Sky Dive served Plaintiff Sonia Caballero with an initial set of requests for production of documents, requests for admission, and interrogatories on October 21, 2025;
- Defendant Sky Dive served Plaintiff Eli Caballero with an initial set of requests for production of documents, requests for admission, and interrogatories on October 21, 2025;
- Defendant Sky Dive served Plaintiff Ochoa with an initial set of requests for production of documents, requests for admission, and interrogatories on October 21, 2025; and
- Defendant Sky Dive served Plaintiff Jimenez with an initial set of requests for production of documents, requests for admission and interrogatories on October 21, 2025.
- Plaintiff Miguel Ochoa served his responses to Defendant Sky Dive's initial of requests for production of documents, requests for admission and interrogatories on December 5, 2025;
- Plaintiff Erika Jimenez served her responses to Defendant Sky Dive's initial of requests for production of documents, requests for admission and interrogatories on December 5,

2025;

- Plaintiff Allan Caballero served his responses to Defendant Sky Dive's initial of requests for production of documents, requests for admission and interrogatories on December 12, 2025;

- Plaintiff Eli Caballero served her responses to Defendant Sky Dive's initial of requests for production of documents, requests for admission and interrogatories on December 12, 2025;

- Plaintiff Sonia Caballero served her responses to Defendant Sky Dive's initial of requests for production of documents, requests for admission and interrogatories on December 12, 2025;

- Deposition of Plaintiff Eli Caballero on March 16, 2026;

- Deposition of Plaintiff Sonia Caballero on March 17, 2026;

- Deposition of Plaintiff Allan Caballero on March 24, 2026.

**DISCOVERY TO BE COMPLETED**

Discovery to be completed includes:

- Deposition of Plaintiffs Ochoa and Jimenez;

- Deposition of Plaintiffs' treating physicians;

- Depositions of character witnesses;

- Disclosure of experts by all parties;

- Depositions of expert witnesses and rebuttal expert witnesses;

- Deposition of Defendant Kleczkowski;

- Deposition of Defendant Sky Dive's 30(b)(6) designee; and

- Rule 35 Examinations for the Caballero Plaintiffs.

The parties aver, pursuant to LR 26-4, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate, as Defendants are currently awaiting additional subpoenaed medical records which first came to light at Plaintiffs ALLAN I. CABALLERO ENAMORADO, SONIA Y. CABALLERO VEGAS, ELI N. CABALLERO ENAMORADO's deposition and which are essential for for

upcoming initial expert disclosures.

Specifically, these aforementioned depositions illuminated Plaintiffs' respective future medical specials claims, including new dates of anticipated future treatment and new surgical recommendations. Accordingly, Defendants seek to have Rule 35 examinations conducted for said Plaintiffs. Defendants have asked Plaintiffs' counsel for availability and Plaintiffs' attorney has informed Defendants he is inquiring as to same. That said, in an effort to avoid costly motion practice, Plaintiffs and Defendants wish to extend deadlines so as to conduct same and make timely expert disclosures. Defendants are concerned their respective medical expert will not be able to conduct said exams until the end of April 2026, leaving little time for expert disclosures to be authored and made in advance of the current initial expert deadline.

Additionally, Defendants and Plaintiffs, MIGUEL A. OCHOA and ERIKA JIMENEZ-GARCIA, are currently engaged in settlement negotiations. Both Defendants and said Plaintiffs seek additional time to determine if settlement is possible so as to avoid unnecessary discovery and litigation costs in the interests of judicial economy.

As it stands today, the initial expert disclosure deadline date is set for April 27, 2026. Instead of file costly and unnecessary motions, the parties hereby agree that a 90-day extension of discovery is warranted to conduct Rule 35 examinations of Plaintiffs, ALLAN I. CABALLERO ENAMORADO, SONIA Y. CABALLERO VEGAS, ELI N. CABALLERO ENAMORADO, and to have Defendants' retained medical expert(s) to author opinions as to causation and the reasonableness and necessity of said Plaintiffs' treatment. This extension will also allow Defendants and Plaintiffs, MIGUEL A. OCHOA and ERIKA JIMENEZ-GARCIA, to continue negotiating in good faith toward resolution. Given the breadth of discovery that is set to occur the parties agree a 90-day discovery extension shall ensure that meaningful discovery is conducted and completed in good faith.

The parties have no intent, nor reason, to delay the resolution of this matter.

**[PROPOSED] NEW DISCOVERY DEADLINES**

**Last Day to Amend Pleadings or Add Parties:**

Currently: August 28, 2025

New Deadline: **No Change**

**Expert Disclosure Deadline:**

Currently: <u>April 27, 2026</u>

New Deadline: **July 26, 2026**

**Rebuttal Expert Disclosure Deadline:**

Currently: <u>May 27, 2026</u>

New Deadline: **August 25, 2026**

**Discovery Cut-Off Date:**

Currently: <u>June 29, 2026</u>

New Deadline: **September 27, 2026** (next judicial day)

**Dispositive Motion Deadline:**

Currently: <u>July 27, 2026</u>

New Deadline: **October 25, 2026** (next judicial day)

**Proposed Joint Pre-Trial Deadline:**

Currently: <u>August 25, 2026</u>

New Deadline: **November 23, 2026**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 6th day of April 2026.

**PT LAW**

*/s/ Pengxiang Tian, Esq.*
_____
PENGXIANG TIAN, ESQ.
Nevada Bar No. 15662
2820 S. Jones Blvd., Unit 1
Las Vegas, NV 89146

*Attorneys for Plaintiffs*
*Allan I. Caballero Enamorado,*
*Sonia Y. Caballero Vegas,*
*Eli N. Caballero Enamorado,*
*Miguel Ochoa &*
*Erika Jimenez-Garcia*

**IT IS SO ORDERED:**

DATED this 6th day of April 2026.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Baylie A. Hellman, Esq.*
_____
ROBERT K. PHILLIPS
Nevada Bar No. 14411
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendants*
*Miroslaw Kleczkowski and*
*Sky Dive Logistics, Inc.*

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _April 7, 2026_____